AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>BALTAZAR BACA-RAMIREZ<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

2:18-mj- *0/00/- MRM*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 22, 2017 _____ in the county of _____ Collier _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1015(e) and 1546(a) | False statement to government official, and providing a false statement in an application and use of passport |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Kastner, Special Agent, HSI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 01/03/2018 _____

_____
*Judge's signature*

City and state: _____ Fort Myers, Florida _____

Mac R. McCoy, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, ROBERT H. KASTNER, being duly sworn and according to law, depose and state the following:

### GENERAL BACKGROUND

1.      I am employed as a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). I am currently assigned to the Fort Myers Resident Agent in Charge and the Collier County Sheriff's Office ("CCSO"), Criminal Intelligence Bureau in Naples, Florida. I have been employed with ICE HSI and with one of its predecessors, the United States Immigration and Naturalization Service ("INS") since August 1995. I have conducted numerous investigations involving violations associated with criminal conspiracies, smuggling and trafficking of persons, goods and narcotics to and from the United States, cyber-crimes, firearms offenses, document and benefit fraud, identity theft and criminal alien violations.

2.      During the course of my duties, I became involved in an investigation of Baltazar BACA-RAMIREZ, also known as Simon GALLARDO.

3.    In August 2017, HSI Fort Myers received information from the Collier County Sheriff's Office in Naples, Florida ("CCSO") indicating BACA-RAMIREZ is an illegal alien who utilized fraudulent immigration documents under the name Simon GALLARDO to gain employment at a Subway restaurant in downtown Naples, Florida. From August to November 2017, HSI Task Force Officer Brian Culnan of the CCSO conducted surveillance at the Subway restaurant, located at 360 5th Avenue South, Naples, Florida 34102. On several occasions, TFO Culnan observed BACA-RAMIREZ arrive, enter the business and work behind the counter.

4.    A review of ICE computer indices revealed that BACA-RAMIREZ is a native and citizen of Mexico with a January 6, 1982 birth date and assigned alien registration number A200616568. BACA-RAMIREZ entered the United States on or about an unknown date, at or near an unknown place without being inspected by an Immigration Officer.

5.    A query of the State of Florida, Department of Highway Safety and Motor Vehicles "DAVID" computer database revealed that BACA-RAMIREZ was previously assigned a now-expired State of Florida driver's license under record number B265-060-82-006-0. The expired driver's license had an address of 3705 Weymouth Circle, Naples, Florida 34112, and an issuance period of September 22, 2003 to July 17, 2013. A query of the National Law Enforcement Telecommunication System "NLETS" database

2

revealed that BACA-RAMIREZ was also assigned a State of Nevada driver's license with an issuance date of November 30, 2016, an expiration date of January 6, 2022, and an address of 10206 Tuscan Sun Drive, Las Vegas, Nevada 89178-8449.

6.   On November 22, 2017 at approximately 7:00 a.m., the CCSO encountered and arrested BACA-RAMIREZ for violations of Florida State Statute 322.031(1), NONRESIDENT EXEMPTION; FAILURE TO OBTAIN A DRIVER LICENSE WITHIN 30 DAYS.  During the arrest, law enforcement officials discovered a business check in BACA-RAMIREZ's wallet.  The check contained the following information:  JPMORGAN CHASE BANK, N.A. FLORIDA, Date:  11/17/2017, Check Number: 21491, Issued by "Restaurant 365-5th Avenue South LLC, 365 5th Avenue Naples, Florida 34102", Issued to "BUSSER, Simon Gallardo, 4605 Dominion Drive Naples, Florida 34112," Amount:  $224.93, Emp#:  112, Earnings YTD:  $10,374.30.  SA Kastner questioned BACA-RAMIREZ about the check, and BACA-RAMIREZ indicated it was not his, stating he was paid electronically by Subway.

7.   On November 22, 2017 at approximately 1:00 p.m., SA Kastner and TFO Culnan arrived at "The French, Brasserie Rustique Restaurant," located at 365 5th Avenue South Naples, Florida 34102.  This is the same restaurant and address previously discovered on the check in BACA-

3

RAMIREZ's wallet. This business is located across the street from the Subway restaurant. SA Kastner identified himself to the business and presented the check to a manager. The manager confirmed that the restaurant issued the check. The manager and several other employees also observed a driver's license photograph of BACA-RAMIREZ and recognized him as one of their employees. SA Kastner requested copies of the Form I-9, "Employment Eligibility Verification" associated with Simon GALLARDO, also known as BACA-RAMIREZ. The Form I-9, which is a United States government form, contains the statement, "I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form. I attest, under penalty of perjury, that I am (check one of the following) . . . " The Form I-9 that SA Kastner received from the restaurant was executed by BACA-RAMIREZ using the name "Simon GALLARDO." On the form, BACA-RAMIREZ claimed to be a citizen of the United States. The Form I-9 was executed on March 24, 2017. In addition to falsely claiming United States citizenship, BACA-RAMIREZ provided a fictitious alien registration number and utilized the name and Social Security Number (SSN) of an actual United States citizen residing in the Naples, Florida area. BACA-RAMIREZ provided an address of "4605 Dominion Drive, Naples, Florida 34112," an email address of "Balta777@live.com" and a telephone number of "239-687-

4

8192." This is the same address listed on the paycheck that was issued by his employer.

8.      On November 22, 2017 at approximately 2:00 p.m., SA Kastner and TFO Culnan arrived at the Subway restaurant to ask about BACA-RAMIREZ, aka Simon GALLARDO. SA Kastner identified himself and spoke with the owner of the Subway. The owner indicated that he had employed BACA-RAMIREZ, aka Simon GALLARDO, for the previous twelve months. The owner also stated BACA-RAMIREZ typically worked Monday through Friday, and that he opened the business every day. He also claimed in the last twelve months, BACA-RAMIREZ had only taken eight days' vacation, which occurred in October 2017. He indicated that BACA-RAMIREZ had asked him for the time off so he could renew his Nevada driver's license. The owner stated BACA-RAMIREZ is also working a second job at night as a busboy at a restaurant across the street called "The French." The owner stated that BACA-RAMIREZ had been working at his second job since approximately March 2017. SA Kastner requested copies of Forms I-9, "Employment Eligibility Verification" and the owner provided copies of those documents through email communication. On the Subway restaurant Form I-9, BACA-RAMIREZ provided his true name and date of birth with an email address of "Balta777@live.com," a telephone number of "239-687-8192," a fictitious SSN, an address of "4605 Dominion Drive, Naples, Florida 34112"

5

and the Nevada driver's license information previously stated. BACA-RAMIREZ claimed on the Form I-9 to be a noncitizen national of the United States and signed the document with a date of January 9, 2017.

9. A query of the NCIC database revealed BACA-RAMIREZ is assigned Federal Bureau of Investigation number 18675PD1 and State criminal record identification number FL07711011. BACA-RAMIREZ's criminal history includes the following incidents:

a. On March 8, 2012, the CCSO arrested BACA-RAMIREZ for "VIOLATE FLORIDA PAWNBROKING ACT;"

b. On June 26, 2012, and on November 22, 2017, BACA-RAMIREZ was arrested for "PUBLIC ORDER CRIMES – VIOL NONRESIDENT EXEMPTION DRIVERS LIC." BACA-RAMIREZ pled no contest to the driver's license offense for which he was arrested on June 26, 2012 and received a sentence of time-served. In total, he served almost four months in the Naples Jail Center for that driving offense from June 26, 2012 through October 12, 2012.

c. On June 27, 2012 and on November 22, 2017, ICE Enforcement and Removal Operations arrested BACA-RAMIREZ for administrative violations of the Immigration and Nationality Act.

10. A review of the alien file assigned to BACA-RAMIREZ revealed he is currently awaiting removal proceedings from the United States and has a

pending Form I-589, "Application for Asylum and for Withholding of Removal", previously filed with United States Citizenship and Immigration Services ("USCIS"). BACA-RAMIREZ also previously filed Form I-918, "Petition for U Nonimmigrant Status" with USCIS on December 7, 2016, which contained an address of "4605 Dominion Drive, Naples, Florida 34112." This application is reserved for persons who may be classified as victims of a crime and it was mailed to USCIS at the Vermont Service Center in Saint Albans, Vermont on behalf of BACA-RAMIREZ from Bonita Springs, Florida.

11.    BACA-RAMIREZ provided and swore to multiple false statements in his Petition for U Nonimmigrant Status. Specifically:

a.    Under Part 2, Question 8, the application asked, "have you ever been in immigration proceedings?" BACA-RAMIREZ answered "no," but BACA-RAMIREZ was previously arrested by ICE on June 27, 2012 and following this arrest participated in removal proceedings before the United States Department of Justice, Executive Office for Immigration Review, Immigration Court at Miami, Florida. These proceedings were administratively closed by Immigration Judge Lourdes Martinez-Esquivel on May 23, 2013;

b.    Under Part 3, Question 1, the application asked, "have you EVER: b. Been arrested, cited or detained by any law enforcement officer

7

(including DHS, former INS and military officers) for any reason?" BACA-RAMIREZ answered "no," but he had been arrested on multiple occasions by multiple different law enforcement authorities, as set forth in ¶ 9;

  c. Under Part 3, Question 1, the application asked, "have you EVER: g. Been in jail or prison?" BACA-RAMIREZ answered "no," but he had previously been detained at the Naples Jail Center and at the Krome Detention Center following his arrests set forth in ¶ 9. In fact, his Petition for U Nonimmigrant Status itself related to an incident that he claimed to have occurred while in the Naples Jail Center in connection with the above-referenced driving offense;

  d. Under Part 3, Question 14.b, the application asked "have removal, exclusion, recision of deportation proceedings EVER been initiated against you?" BACA-RAMIREZ answered "no," but ICE previously arrested and initiated removal proceedings against him on June 27, 2012 by serving Forms I-862, "Notice to Appear" and I-200, "Warrant for Arrest";

  e. Under Part 3, Question 16, the application asked "have you ever, by fraud or willful misrepresentation of a material fact, sought to procure, or procured, a visa or other documentation, for entry into the United States or any immigration benefit?" BACA-RAMIREZ answered "no," but on that same application, he repeatedly withheld material facts in pursuit of an immigrant visa and other immigration benefits;

8

12.    BACA-RAMIREZ attested to and executed, under penalty of perjury, the information in the application.  Part 6 of the application provides the following: "Attestation, release and signature (Read information on penalties in the instructions before completing this part.); I certify under penalty of perjury under the laws of the United States of America, that the information provided with this petition is all true and correct.  I certify also that I have not withheld any information that would affect the outcome of this petition."  BACA-RAMIREZ signed the document in the signature block section and dated the application November 7, 2016.  Part 7 of the application states the following:  "Signature of person preparing form, if other than above. (Sign below); I declare that I prepared this petition at the request of the above person, and it is based on all information of which I have knowledge.  I have not knowingly withheld any material information that would affect the outcome of this petition."  The following is listed in the preparer's section: "Preparer, Matus Varga ESQ, Immigration Justice Center, 9990 Coconut Road, Suite 336, Bonita Springs, Florida 34135, Daytime telephone:  239-324-3062, Fax number:  407-770-5580 and Email address: varga@vargasimmigration.com."

13.    On December 21, 2017, SA Kastner located the real Simon GALLARDO, who lives in Naples, Florida.  Simon GALLARDO confirmed

9

that BACA-RAMIREZ did not have permission to use his name and SSN to obtain employment at "The French" restaurant.

14.    Wherefore, your affiant believes probable cause exists to arrest Baltazar BACA-RAMIREZ and respectfully requests that the court issue an arrest warrant for violations of Title 18 United States Code, Sections 1015(e) and 1546(a) in connection with multiple Form I-9s and at least one Petition for U Nonimmigrant Status.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Robert H. Kastner, Special Agent
U.S. Immigration and Customs Enforcement
Homeland Security Investigations

Subscribed and sworn to me before
this 3rd day of January, 2018

_____
MAC R. McCOY
United States Magistrate Judge

10